IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| B.C. and K.C., Individually and as Parents of P.C., a Minor, | § § § | |
| Plaintiff, | § § | CASE NO. 2:21-cv-358-JRS-MG |
| v. | § § | |
| Clay Community Schools, | § § | |
| Defendant | § § | |

**ORDER GRANTING MOTION TO DISMISS**

Pending before the Court is Plaintiffs B.C. and K.C., Individually and as Parents of P.C., a Minor, ("Plaintiffs" or "B.C." "K.C."), Motion to Dismiss. Upon consideration of the Motion, it is the opinion of this Court that it should be GRANTED.

It is, therefore, ORDERED that the Motion to Dismiss is granted.

Date: 7/21/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.

1